```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRYAN D. CHRISTIAN,

                    Plaintiff,
                                              No.9:03-CV-901
            v.                                (S.J. Scullin)

GLENN GOORD, et al.,

                    Defendants,
_____
```

APPEARANCES:                         OF COUNSEL:

BRYAN D. CHRISTIAN
Plaintiff, Pro Se

ELIOT SPITZER                        MICHAEL G. McCARTIN
New York State Attorney General      Asst. Attorney General
Attorney for Defendants

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed April 26, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed April 26, 2006 is **ACCEPTED** in its

entirety, for the reasons stated therein; and it is further

   **ORDERED,** that defendants' motion for summary judgment is **DENIED,** and it is further

   **ORDERED,** that to the extent that plaintiff's opposition to the defendants' motion was labeled a cross-motion for summary judgment, that motion also is **DENIED.**

**IT IS SO ORDERED.**

DATED: May 22, 2006
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge